1  Richard H. Friedman (CA Bar No. 221622)
2  e-mail: rfriedman@friedmanrubin.com
   Jeffrey K. Rubin (*Pro Hac Vice*)
3  e-mail: jrubin@friedmanrubin.com
4  Henry G. Jones (*Pro Hac Vice*)
   e-mail: hjones@friedmanrubin.com
5  FRIEDMAN | RUBIN
6  1126 Highland Avenue
   Bremerton, WA 98337
7  Ph: 360-782-4300
8  Fax: 360-782-4383

9
10 James E. Hoffman (CA Bar No. 91876)
   Robert S. Levin (CA Bar No. 105970)
11 LEVIN & HOFFMAN, LLP
12 23622 Calabasas Road, Suite 253
   Calabasas, CA  91302
13 Ph: (818) 990-2370
14 Fax: (818) 876-8526

15 Attorneys for Plaintiff
16
17             IN THE UNITED STATES DISTRICT COURT
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| DENNIS R. O'LEARY, an Individual, | Case No. 2:12-cv-06882-FMO-JC |
| Plaintiff, | Action Filed: 7/5/12 |
| vs. | |
| NATIONAL LIFE INSURANCE COMPANY (d/b/a National Life Insurance Company of Vermont), a Vermont Corporation, licensed to do business in the State of California, UNUM Life Insurance Company of America, a Maine Corporation, licensed to do business in the State of California, and UNUM GROUP, | **PROTECTIVE ORDER PROHIBITING DISCLOSURE OF CONFIDENTIAL MATERIALS**<br><br>**CHANGE MADE BY COURT** |
| Defendants. | |

PROTECTIVE ORDER PROHIBITING
DISCLOSURE OF CONFIDENTIAL
MATERIALS -- Page 1

1  GOOD CAUSE having been shown within the parties' Stipulation for
2  Protective Order Prohibiting Disclosure of Confidential Materials (the
3  "Stipulation"), the Court hereby orders that the handling of confidential documents
4  or information in this case shall be governed by the terms of the Stipulation, **except**
5  **that to the extent the Stipulation purports to compel the filing of documents**
6  **under seal (see, e.g., Paragraphs 5, 7b), the Stipulation is modified to reflect**
7  **that the parties shall instead seek to file the documents in issue under seal in**
8  **accordance with Local Rule 79-5.1.**
9  Date: May 23, 2013

/s/
The Honorable Jacqueline Chooljian
United States District Court Magistrate

PROTECTIVE ORDER PROHIBITING
DISCLOSURE OF CONFIDENTIAL
MATERIALS -- Page 2

**FRIEDMAN | RUBIN**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300